FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACH LEE C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:25-CV-03094-SAB <br><br> **ORDER GRANTING STIPULATED MOTION TO REMAND** |

Before the Court is the parties' Stipulated Motion to Remand, ECF No. 13. The motion was considered without oral argument. Plaintiff is represented by D. James Tree. Defendant is represented by L. Jamala Edwards and Brian M. Donovan.

The parties stipulate that the above-captioned case be remanded to allow the the Administrative Law Judge to offer Plaintiff an opportunity for a hearing; reevaluate the medical evidence; reevaluate his testimony; take any other action necessary to complete the administrative record; and issue a new decision. The parties agree Plaintiff is entitled to reasonable attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Remand, ECF No. 13, is **GRANTED**.

2. The above-captioned case is **remanded** for additional proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to offer

**ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1**

the claimant an opportunity for a hearing; reevaluate the medical evidence; reevaluate the claimant's testimony; take any other action necessary to complete the administrative record; and issue a new decision.

3. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 *et seq*.

4. The Clerk of Court shall enter judgment in favor of Plaintiff and against Defendant and close the file.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 26th day of November 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO REMAND** ~ 2